UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**HOLLINGSWORTH LOGISTICS GROUP, LLC,**
a Michigan limited liability company,

    Plaintiff,    Case No. 10-11011-PJD-VMM
             Hon. Patrick J. Duggan

v

             Magistrate Judge Virginia M. Morgan

**EQUIPMENT LEASING SERVICES, LLC,**
An Arizona limited liability company,
**SCOTT POWELL, KATHLEEN POWELL,**
and **DONALD RITTER,**
    Defendants.

_____/

## VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW COMES** Plaintiff, by its attorneys, Ahern Fleury, and voluntarily dismisses DONALD RITTER **ONLY** from this action WITH PREJUDICE.

        /s/ Joseph A. Ahern
        JOSEPH A. AHERN (P38780)
        Attorney for Plaintiff

This Order of Dismissal with Prejudice does not resolve the last pending claim and does not close this case.

  **IT IS SO ORDERED**.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: March 22, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 22, 2010, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager